No. 81–6162.  IN RE GAINES.  C. A. 5th Cir.  Certiorari denied.

No. 81–6168.  CRATER v. ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 81–6173.  WHITE v. THOMAS ET AL.  C. A. 5th Cir. Certiorari denied.

No. 81–6184.  BRODY v. PRESIDENT AND FELLOWS OF HARVARD COLLEGE.  C. A. 1st Cir.  Certiorari denied.

No. 81–6206.  WERNER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–6208.  STOUTE v. UNITED STATES ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 81–6212.  BEGAY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 81–6217.  MATTHEIS v. ANDERSON, WARDEN, STATE PRISON OF SOUTHERN MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 81–6219.  ESPINOSA-FERNANDEZ v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 81–6223.  HALL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 81–6228.  BUTLER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–6233.  GHOLSTON v. UNITED STATES.  C. A. 6th. Cir.  Certiorari denied.

No. 81–6234.  TALBERT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.